2235786
## IN THE CIRCUIT COURT OF THE NINTH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

CASE NO:

AGNES C. WOODMAN,

    Plaintiff,

vs.

BRAVO BRIO RESTAURANT GROUP,
INC., d/b/a BRAVO CUCINA ITALIANA,

    Defendant.

_____/

## COMPLAINT

COMES NOW Plaintiff, **AGNES C. WOODMAN**, and sues Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, and alleges:

1. This is an action for damages that exceeds Fifteen Thousand Dollars ($15,000.00), exclusive of interest, costs and attorneys' fees.

2. Plaintiff is a natural person residing in Nassau, Bahamas.

3. Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, was a corporation authorized to do business in the State of Florida.

4. At all times material to this cause of action, Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, owned, operated and maintained its premises at 7924 Via Dellagio Way, in Orange County, Florida, which was open to the general public.

5. At all times material to this cause of action, Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, had possession and control of the premises where the incident in this Complaint occurred.

6. On or about February 4, 2014, Plaintiff, **AGNES C. WOODMAN** was a business invitee on the Defendant; **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, premises.

7. While on Defendant's, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA** premises, Defendant owed Plaintiff, **AGNES C. WOODMAN** as a business invitee, a duty to exercise reasonable care for the safety of the Plaintiff.

8. At said time and place, Plaintiff, **AGNES C. WOODMAN**, was on Defendant's premises; a dangerous condition existed on said premises. This dangerous condition consisted wherein Plaintiff, **AGNES C. WOODMAN** slipped and fell on a wet substance on the floor.

9. Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, breached the duty owed to Plaintiff, **AGNES C. WOODMAN** as a business invitee, by committing one or more of the following acts or omissions:

(a) Negligently failing to maintain or adequately maintain the area where the wet substance was on the ground, by allowing the dangerous condition to exist at the time Plaintiff, **AGNES C. WOODMAN** was in the area;

(b) Negligently failing to inspect or adequately inspect the floors of the business, to determine whether the dangerous condition existed at the time Plaintiff, **AGNES C. WOODMAN** was in the area;

(c) Negligently failing to warn or adequately warn Plaintiff, **AGNES C. WOODMAN** of the dangerous condition when Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, knew or should have known of its existence and when Plaintiff **AGNES WOODMAN** was unaware of said dangerous condition;

(d) Negligently failing to correct, or adequately correct the dangerous condition when Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, knew or should have known of its existence;

(e) Negligently failing to maintain said premises, specifically the floors of the business on the premises, this caused or contributed to the existence of the dangerous condition;

(f) Negligently failing to have adequate staff on duty and/or assigned to the task of inspecting the premises for dangerous condition;

(g) Negligently failing to train and/or inadequately training its employees to inspect the premises for dangerous condition;

(h) Negligently failing to follow its own corporate policy regarding the dangerous condition;

(i) Negligently failing to act reasonably under the circumstances; and,

(j) Negligently engaging in a mode of operations when Defendant knew, or should have known, that said mode of operations would result in dangerous conditions to the general public, including the Plaintiff herein.

10. As a direct and proximate result of the Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, negligence, Plaintiff, **AGNES C. WOODMAN** slipped and fell on a wet substance on the Defendant's premises, causing Plaintiff to sustain injuries and damages as hereinafter alleged.

11. The specific manner in which Plaintiff, **AGNES C. WOODMAN** was injured was foreseeable to Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA.**, and Defendant knew or should have known of the specific risks of harm to Plaintiff as a result of Defendant's negligence.

12. As a direct and proximate result of the negligence of Defendant, Plaintiff, **AGNES C. WOODMAN** suffered bodily injury in and about her body and extremities, resulting in pain and

suffering, disability, disfigurement, permanent and significant scarring, mental anguish, loss of the capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earning, loss of the ability to earn money, and aggravation of previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, the Plaintiff, **AGNES C. WOODMAN**, sues the Defendant, **BRAVO BRIO RESTAURANT GROUP, INC., d/b/a BRAVO CUCINA ITALIANA**, for damages and demands judgment in excess of Fifteen Thousand Dollars ($15,000.00), plus interest and costs, and demands trial by jury of all issues so triable.

**RESPECTFULLY** submitted this 31st day of October, 2014

*/s/ Matt T. Morgan*
Matt T. Morgan, Esquire
FBN 0088224
Morgan & Morgan, P.A.
20 N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:    (407) 420-1414
Facsimile:    (407) 425-8171
Primary email: MattMorgan@forthepeople.com
Secondary email: GBokuniewicz@forthepeople.com
Attorneys for Plaintiff