UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

AGNES C. WOODMAN,

    Plaintiff,

v.                                                    Case No.  6:14-cv-2025-Orl-40TBS

BRAVO BRIO RESTAURANT GROUP, INC.,

    Defendant.
_____/

## ORDER

This case comes before the Court on Defendant, Bravo Rio Restaurant Group, Inc.'s Motion to Strike Paragraph 9(i) and any Allegations for Negligent Mode of Operation (Doc. 6), and Defendant, Bravo Rio Restaurant Group, Inc.'s Motion to Strike Paragraph 9(i) and any Allegations for Negligent Mode of Operation (Doc. 9).

The motion at docket entry 6 is DENIED as moot because it was superseded by the motion filed at docket entry 9, and because it does not comply with M.D. Fla. Rule 3.01(g).

The motion at docket entry 9 is DENIED WITHOUT PREJUDICE because it does not comply with M.D. Fla. Rule 3.01(g).

DONE AND ORDERED in Orlando, Florida, on December 11, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel